AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-00042-RMM |
| Klete Derik Keller | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Klete Derik Keller.

Date: 1/14/2021

/s/ Danny C. Onorato
*Attorney's signature*

Danny C. Onorato, DC Bar #480043
*Printed name and bar number*
Schertler Onorato Mead & Sears, LLP
901 New York Avenue, NW, Suite 500 W
Washington, DC  20001

*Address*

donorato@schertlerlaw.com
*E-mail address*

202-628-4199
*Telephone number*

202-628-4177
*FAX number*